IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ZIMMERMAN, | ) | CASE NO.: 1:24 CV 1727 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGE DONALD C. NUGENT |
| CBIZ Benefits & Insurance Services, Inc., | ) ) | ORDER |
| Defendant. | ) ) | |

On December 9, 2024, this Court issued an Order granting Plaintiffs' Motion to consolidate this case with the lead case, *Giddings v. CBIZ Benefits & Insurance Services, Inc.*, Case No. 1:24 CV 1722. In that Order, the Court indicated that Plaintiff would have until January 9, 2025 to file an amended consolidated complaint in the lead case. (ECCF #12). The Amended Complaint was filed on January 8, 2025. The above-captioned case is, therefore, dismissed without prejudice. IT IS SO ORDERED.

Donald C. Nugent
United States District Judge

Date: November 12, 2025